# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
| STATE OF NEW MEXICO, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>*Defendants.* | **This Document Relates to:**<br>**No. 20-cv-02115-RMG** |

**FOURTH CONSENT MOTION TO EXTEND RESPONSE DEADLINE**

Pursuant to local rule 6.01, Defendants United States of America, United States Air Force, and United States Army ("United States") hereby move for a fourth extension of time, from November 20, 2025 to January 20, 2026, to respond to State of New Mexico, New Mexico Environment Department, and New Mexico Office of Natural Resources' ("New Mexico") Motion for Partial Summary Judgment, Dkt. No. 7420. New Mexico consents to this motion. In support, the United States asserts the following:

1. On June 25, 2025, New Mexico moved for partial summary judgment as to the United States' Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") liability under Fed. R. Civ. P. 56. *See* Dkt. No. 7420. The United States' initial response deadline to Plaintiffs' motion was July 9, 2025. *See id*.

2. On July 3, 2025, the United States moved for a 30-day extension to the United States' July 9, 2025 deadline, until August 8, 2025, to respond to New Mexico's motion for partial summary judgment. *See* Dkt. No. 7477. New Mexico consented to the United

States' motion. *See id*. On July 7, 2025, the Court granted the United States' motion and extended the United States' response deadline to August 8, 2025. *See* Dkt. No. 7484.

3. On August 5, 2025, with New Mexico's consent, the United States moved for a second 30-day extension to the United States' August 8, 2025 deadline to respond to New Mexico's motion for partial summary judgment. *See* Dkt. No. 7730. On August 8, 2025, the Court granted the United States' motion and extended the United States' response deadline to September 8, 2025. *See* Dkt. No. 7749.

4. On September 8, 2025, the United States filed a consent motion for a third 30-day extension to the United States' September 8, 2025 deadline to respond to New Mexico's motion for partial summary judgment. *See* Dkt. No. 7979. On September 8, 2025, the Court granted the United States' motion and extended its response deadline to October 8, 2025. *See* Dkt. No. 7983.

5. On October 1, 2025, the United States moved to stay its October 8, 2025 response deadline because of a lapse in appropriations to fund the federal government. *See* Dkt. No. 8131. On October 3, 2025, the Court granted the United States' motion and stayed the case until Congress restored appropriations to fund the federal government. *See* Dkt. No. 8135. The Court also extended the United States' response deadline "for the same number of days as the lapse in funding." *Id*. On November 12, 2025, appropriations were restored to the federal government after a 43-day lapse. *See* Dkt. No. 8415. As a result, the United States' deadline to respond to New Mexico's motion for partial summary judgment is November 20, 2025.

6. Good cause exists to extend the United States' deadline because the United States and New Mexico have agreed in principle to engage in mediation to potentially resolve the

claims in New Mexico's motion and the parties will schedule the first mediation session before the end of this requested extension of time. A fourth short extension of the United States' response deadline would allow time for the parties to pursue mediation.

7. On November 19, 2025, Plaintiffs agreed to extend the United States' November 20, 2025 response deadline by 60 days until January 20, 2026 so that the parties may engage in mediation.

8. If granted, this would be the fourth extension of the United States' response deadline.

9. The United States does not expect that this proposed extension will impact any other deadlines here.

For these reasons, the United States requests that the Court grant this motion and extend the United States' response deadline by 60 days to January 20, 2026.

Date:  November 19, 2025

          Respectfully submitted,

          ADAM R.F. GUSTAFSON
          PRINCIPAL DEPUTY ASSISTANT
          ATTORNEY GENERAL
          Environment & Natural Resources Division

          */s/ Shari Howard*
          Shari Howard
          Sanya Shahrasbi
          Trial Attorney
          U.S. Department of Justice
          Environment & Natural Resources Division
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C. 20044
          Tel: (202) 598-9407 (Howard)
          shari.howard@usdoj.gov
          sanya.shahrasbi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

                                      */s/ Shari Howard*
                                      Shari Howard
                                      Trial Attorney