**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|   |   |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to Case No. 20-cv-02115-RMG** |

### NEW MEXICO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' CERCLA LIABILITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs (the State of New Mexico, *ex rel.* Raul Torrez, Attorney General; James Kenney, in his official capacity as Cabinet Secretary for the New Mexico Environment Department; and Maggie Hart Stebbins, in her official capacity as Natural Resources Trustee) (collectively "New Mexico" or "the State") submit this Motion for Partial Summary Judgment as to Defendants' CERCLA Liability, seeking judgment that Defendants the United States and the United States Department of the Air Force ("Air Force") (collectively "Defendants") are liable under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for the State's response costs associated with releases of the hazardous substances perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") at and from Cannon Air Force Base in New Mexico, in an amount to be proven at trial or in subsequent proceedings. Pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), New Mexico also seeks through this Motion a declaratory judgment that Defendants are liable for the States' future response costs and damages.

As detailed in the accompanying Memorandum of Law in support of this Motion, there are

1

no genuine disputes of the material facts, and New Mexico is entitled to judgment as a matter of law. Thus, New Mexico's Motion should be granted.

Dated: June 25, 2025

Authorized for filing by Plaintiffs' Lead Counsel:

/s/ Michael A. London
Michael A London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

/s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

/s/ Joseph F. Rice
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

Respectfully submitted,

**RAÚL TORREZ, ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO**

**NEW MEXICO DEPARTMENT OF JUSTICE**

/s/ William G. Grantham
William G. Grantham
Assistant Attorney General
wgrantham@nmdoj.gov
408 Galisteo St.
Santa Fe, NM 87501
Phone: (505) 717-3520

*Counsel for the State of New Mexico, the New Mexico Environment Department, and the New Mexico Office of Natural Resources Trustee*

**NEW MEXICO ENVIRONMENT DEPARTMENT**

/s/ Zachary Ogaz
Zachary E. Ogaz
General Counsel
zachary.ogaz@env.nm.gov
New Mexico Environment Department
121 Tijeras Ave. NE
Albuquerque, NM 87102
Phone: (505) 222-9554
Fax: (505) 383-2064

*Counsel for the New Mexico Environment Department*

**KANNER & WHITELEY, LLC**

*/s/ Allan Kanner*
Allan Kanner
a.kanner@kanner-law.com
David Ivy-Taylor
d.ivy-taylor@kanner-law.com

Annemieke Tennis
a.tennis@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777

*Counsel for Plaintiffs the State of New Mexico, the New Mexico Environment Department, and the New Mexico Office of Natural Resources Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Allan Kanner*
Allan Kanner